# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RONZA MOHAMMED-HUSSIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 2:15-cv-13257-LJM-APP |
| ) | |
| UNITED RECOVERY SYSTEMS, LP, ) | |
| and CAPITAL ONE AUTO FINANCE, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

Plaintiff Ronza Mohammed-Hussien ("Plaintiff") and Defendant Capital One Auto Finance, Inc. ("Capital One") (collectively, the "Parties"), by counsel, hereby agree to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. Plaintiff's claims against Capital One are dismissed with prejudice;
2. Capital One's counterclaims against Plaintiff are dismissed without prejudice.

The Parties further stipulate that each party shall bear its own costs and attorney's fees.

<table>
<tr><td>

/s/ Adam G. Taub
Adam G. Taub (P48703)
Consumer Law Group, PLC
17200 West 10 Mile Rd., Suite 200
Southfield, MI 48075
Phone: (248) 746-3790
adamgtaud@clgplc.net

*Attorneys for Plaintiff*

</td><td>

/s/ James J. Morrissey
Jeffrey D. Pilgrim
James J. Morrissey
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
(312) 939-0923
jpilgrim@pilgrimchristakis.com
jmorrissey@pilgrimchristakis.com

*Attorneys for Defendant*
*Capital One Auto Finance, Inc.*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RONZA MOHAMMED-HUSSIEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 2:15-cv-13257-LJM-APP |
| | ) |
| UNITED RECOVERY SYSTEMS, LP, | ) |
| and CAPITAL ONE AUTO FINANCE, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Ronza Mohammed-Hussien ("Plaintiff") and Defendant Capital One Auto Finance, Inc. ("Capital One"), having filed a Stipulation to Dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED THAT:

1. Plaintiff's claims against Capital One are dismissed with prejudice;

2. Capital One's counterclaims against Plaintiff are dismissed without prejudice; and

3. Each party shall bear its own costs and attorney's fees.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: May 20, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 20, 2016.

s/Jane Johnson
Case Manager to
Honorable Laurie J. Michelson
